1  BILAL A. ESSAYLI
   First Assistant United States Attorney
2  ALEXANDER B. SCHWAB
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   PATRICK D. KIBBE (Cal. Bar No. Pending)
4  Assistant United States Attorney
   General Crimes Section
5      1200 United States Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone:    (213) 894-6482
7      Facsimile:    (213) 894-0141
       Email:        Patrick.Kibbe@usdoj.gov
8

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,           No.  5:25-mj-00674
13
              Plaintiff,               GOVERNMENT'S NOTICE OF REQUEST FOR
14                                      DETENTION
                   v.
15
   CARLOS JIMINEZ,
16
              Defendant.
17

18

19      Plaintiff, United States of America, by and through its counsel

20 of record, hereby requests detention of defendant and gives notice of

21 the following material factors:

22 ☐  1.    Temporary 10-day Detention Requested (§ 3142(d)) on the

23         following grounds:

24     ☐  a.    present offense committed while defendant was on release

25             pending (felony trial),

26     ☐  b.    defendant is an alien not lawfully admitted for

27             permanent residence; and

28

**FILED**
CLERK, U.S. DISTRICT COURT
10/31/2025
CENTRAL DISTRICT OF CALIFORNIA
BY:    DC    DEPUTY

**LODGED**
CLERK, U.S. DISTRICT COURT
10/31/2025
CENTRAL DISTRICT OF CALIFORNIA
BY:_____AP_____ DEPUTY

1

2     ☐   c.    defendant may flee; or

3     ☐   d.    pose a danger to another or the community.

4  ☒  2.    Pretrial Detention Requested (§ 3142(e)) because no

5           condition or combination of conditions will reasonably

6           assure:

7     ☒   a.    the appearance of the defendant as required;

8     ☒   b.    safety of any other person and the community.

9  ☐  3.    Detention Requested Pending Supervised Release/Probation

10          Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

11          § 3143(a)):

12    ☐   a.    defendant cannot establish by clear and convincing

13               evidence that he/she will not pose a danger to any

14               other person or to the community;

15    ☐   b.    defendant cannot establish by clear and convincing

16               evidence that he/she will not flee.

17 ☐  4.    Presumptions Applicable to Pretrial Detention (18 U.S.C.

18          § 3142(e)):

19    ☐   a.    Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

20               (46 U.S.C. App. 1901 et seq.) offense with 10-year or

21               greater maximum penalty (presumption of danger to

22               community and flight risk);

23    ☐   b.    offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

24               2332b(g)(5)(B) with 10-year or greater maximum penalty

25               (presumption of danger to community and flight risk);

26    ☐   c.    offense involving a minor victim under 18 U.S.C.

27               §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

28

1    2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
2    2260, 2421, 2422, 2423 or 2425 (presumption of danger
3    to community and flight risk);

4  ☐   d.    defendant currently charged with an offense described
5            in paragraph 5a - 5e below, AND defendant was
6            previously convicted of an offense described in
7            paragraph 5a - 5e below (whether Federal or
8            State/local), AND that previous offense was committed
9            while defendant was on release pending trial, AND the
10           current offense was committed within five years of
11           conviction or release from prison on the above-
12           described previous conviction (presumption of danger to
13           community).

14 ☒  5.    Government Is Entitled to Detention Hearing Under § 3142(f)
15           If the Case Involves:

16 ☐   a.    a crime of violence (as defined in 18 U.S.C.
17           § 3156(a)(4)) or Federal crime of terrorism (as defined
18           in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum
19           sentence is 10 years' imprisonment or more;

20 ☐   b.    an offense for which maximum sentence is life
21           imprisonment or death;

22 ☐   c.    Title 21 or MDLEA offense for which maximum sentence is
23           10 years' imprisonment or more;

24 ☐   d.    any felony if defendant has two or more convictions for
25           a crime set forth in a-c above or for an offense under
26           state or local law that would qualify under a, b, or c

27

28

1    if federal jurisdiction were present, or a combination
2    or such offenses;

3    ☐    e.    any felony not otherwise a crime of violence that
4    involves a minor victim or the possession or use of a
5    firearm or destructive device (as defined in 18 U.S.C.
6    § 921), or any other dangerous weapon, or involves a
7    failure to register under 18 U.S.C. § 2250;

8    ☒    f.    serious risk defendant will flee;

9    ☐    g.    serious risk defendant will (obstruct or attempt to
10    obstruct justice) or (threaten, injure, or intimidate
11    prospective witness or juror, or attempt to do so).

12    ☐    6.    Government requests continuance of _____ days for detention
13    hearing under § 3142(f) and based upon the following
14    reason(s):

15

16    _____

17    _____

18    _____

19    //
20    //
21    //
22    //
23    //
24    //
25    //
26    //
27    //
28    //

4

1   ☐   7.   Good cause for continuance in excess of three days exists in

2         that:

3

4      _____

5      _____

6      _____

7      _____

8 Dated: October 31, 2025     Respectfully submitted,

9                               BILAL A. ESSAYLI
First Assistant United States
10                               Attorney

11                               ALEXANDER B. SCHWAB
Assistant United States Attorney
12                               Acting Chief, Criminal Division

13

14                                /s/_____
PATRICK D. KIBBE
15                               Assistant United States Attorney

16                               Attorneys for Plaintiff
UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28